
FILED
CLERK, U.S. DISTRICT COURT
11/1/19
CENTRAL DISTRICT OF CALIFORNIA
BY: KDI DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALDIODIO NJIE,<br><br>    Petitioner,<br><br>v.<br><br>DAVID W. JENNINGS, Field Office Director, L.A. Field Office, U.S. Immigration and Customs Enforcement, et al.,<br><br>    Respondents. | Case Nos. SACV 19-0314-PSG (JPR)<br>           SACV 19-1374-PSG (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petitions, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the petitions are denied and judgments be entered dismissing these actions.

DATED: November 1, 2019

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE