

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALDIODIO NJIE, | Case Nos. SACV 19-1374-PSG (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| DAVID W. JENNINGS, Field Office Director, L.A. Field Office, U.S. Immigration and Customs Enforcement, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 1, 2019

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE